1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROGERICK RANDALL,                            No. 2:12-cv-1113 TLN CKD P

12                   Petitioner,

13         v.                                      ORDER

14    ANTHONY HEDGPETH,

15                   Respondents.

16

17         Petitioner has requested the appointment of counsel. There currently exists no absolute

18    right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460

19    (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

20    of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases.

21    In the present case, the court does not find that the interests of justice would be served by the

22    appointment of counsel at the present time.

23    /////

24    /////

25    /////

26    /////

27    /////

28    /////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's November 1, 2013 request for

2  appointment of counsel (ECF No. 31) is denied.

3  Dated:  November 5, 2013

4  _____
   CAROLYN K. DELANEY
5  UNITED STATES MAGISTRATE JUDGE

6

7

8  1
   rand1113.110
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2